WILLIAM A. CRAIG, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued October 14, 1936; decided November 17, 1936.)

*Jacob Seymour Linett* and *Charles J. Katzenstein* for appellant.

*Kenneth Q. Mott-Smith* and *Clive C. Handy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CROUCH, J., taking no part.